AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

|  |  |  |
|---|---|---|
| TIFFANI FINCH, individually and on behalf of all others similarly situated<br>*Plaintiff(s)*<br><br>v.<br><br><br><br>AARP<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  4:26-cv-00208-SMR-SBJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AARP
601 E Street NW
Washington, DC 20049

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Barton Goplerud
Brian O. Marty
SHINDLER, ANDERSON, GOPLERUD & WEESE
5015 Grand Ridge Dr. Suite 100
West Des Moines, IA 50265

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED

Date:    May 12, 2026

Chandlor G. Collins, Clerk

By: 

CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-00208-SMR-SBJ

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>AARP c/o CT Corporation System, Registered Agent</u> was received by me on *(date)* <u>May 12, 2026, 5:05 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Monique Williams</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>AARP c/o CT Corporation System, Registered Agent</u> on *(date)* <u>Fri, May 15 2026</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/15/2026

*Keith Wilson*

_____
*Server's signature*

Keith Wilson
_____
*Printed name and title*

2228 Martin Luther jr ave Southeast, Washington , DC 20020
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 15, 2026, 9:13 am EDT at 1015 15th Street Northwest Suite 1000, Washington, DC 20005 received by Monique Williams. Age: 35; Ethnicity: African American; Gender: Female; Weight: 185; Height: 5'6"; Hair: Black; Eyes: Black; Relationship: Intake Specialist/ Authorized to accept service;
Other: Upon arriving I observed a ten twelve story concrete and glass building with glass entry doors. I was let up to the tenth floor and went to suite 1000 where Ms. Williams acknowledged herself as an intake specialist and authorized agent and accepted the documents.;

DOCUMENTS SERVED: Class Action Complaint; Summons in a Civil Action