## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

TIFFANI FINCH, individually and on behalf of all others similarly situated,

                    Plaintiff,

v.

AARP,

                    Defendant.

Case No. 4:26-cv-00208-SMR-SBJ

---

### AARP'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING IN RESPONSE TO TIFFANI FINCH'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7(j), AARP ("Defendant"), moves for an extension of time until June 19, 2026 to file responsive pleadings. As explained below, good cause exists for this request.

1.     On May 11, 2026, Tiffani Finch, individually and on behalf of all others similarly situated ("Plaintiff"), filed a Class Action Complaint.

2.     Defendant was served on May 15, 2026, and made arrangements with local counsel for representation on the matter.

3.     This Motion is not made for the purpose of delay, but to allow time for Defendant's attorney and local counsel to prepare and file a responsive pleading.

4.     "District courts have broad discretion to set filing deadlines and enforce (or not enforce) local rules." *Smith v. Insley's, Inc.*, 499 F.3d 875, 879 (8th Cir. 2007).

5.     In this vein, when analyzing a motion for extension of time under Fed. R. Civ. P. 6(b), federal courts have held that "[t]his rule should be liberally construed to advance the goal of trying each case on the merits." *Rachel v. Troutt*, 820 F.3d 390, 394 (10th Cir. 2016) (citing *Hanson*

*v. City of Okla. City*, No. 94-6089, 1994 WL 551336, at *2 (10th Cir. 1994) (recognizing that "courts often review Rule 6 (b)(1) motions 'liberally'" (citation omitted))).

6.      Moreover, a motion for "extension of time under Rule 6(b)(1)(A) normally [should] be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4B Wright & Miller, Fed. Prac. & Proc. Civ. § 1165 (4th ed. 2023); *see also Rachel v. Troutt,* 820 F.3d at 394.

7.      On or about June 2, 2026, the undersigned counsel for the Defendant, AARP, contacted counsel for the Plaintiff regarding the Defendant's extension of time to respond. Counsel for the Plaintiff affirmatively stated that they were agreeable to the extension for the reasons previously stated.

8.      Accordingly, good cause exists for the requested extension.

WHEREFORE, Defendant AARP respectfully requests that it be afforded an extension until on or before June 19, 2026 to file Responsive Pleadings in response to Plaintiff's Class Action Complaint.

Date: June 3, 2026

Respectfully submitted,

*/s/Benjamin R. Merrill*
Benjamin R. Merrill, AT0009789
BROWN, WINICK, GRAVES, GROSS AND
BASKERVILLE, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309
Telephone: 515-242-2487
Facsimile: 515-323-0231
Email: ben.merrill@brownwinick.com

ATTORNEY FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2026, a true and correct copy of AARP's Motion to Extend Time To File Responsive Pleading In Response to Tiffani Finch's Complaint, was filed with the Court via its CM/ECF System.

*/s/ Lisa A. Murrill, Legal Assistant*
Lisa A. Murrill
