**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

TIFFANI FINCH, individually and on behalf
of all others similarly situated,

       *Plaintiff*

vs.

AARP,

       *Defendant*.

Civil Action No.  4:26-cv-00208-SMR-SBJ

**DEFENDANT AARP'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AARP states that it is a tax-exempt nonprofit social welfare organization under Section 501(c)(4) of the Internal Revenue Code.  It has no parent companies, and no publicly-traded company owns 10% or more of its stock.

Dated: June 3, 2026                    Respectfully submitted,

_____
Benjamin R. Merrill, AT0009789
BROWN, WINICK, GRAVES, GROSS AND
BASKERVILLE, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309
Telephone: 515-242-2487
Facsimile: 515-323-0231
Email: ben.merrill@brownwinick.com

Adam L. Littman (*pro hac vice* forthcoming)
ArentFox Schiff LLP
800 Boylston Street, 32nd Floor
Boston, MA 02199
Phone: (617) 973.6100
Fax: (617) 367.2315
adam.littman@afslaw.com

John M. Hindley (*pro hac vice* forthcoming)
ArentFox Schiff LLP
1717 K Street, N.W.
Washington, D.C. 20006-5344
Ph: (202) 350.3621
Fax: (202) 857.6395
john.hindley@afslaw.com

*Counsel for AARP*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 3, 2026, I filed the foregoing electronically through the Court's CM/ECF system, which caused all parties and their respective counsel of record to be served by electronic means.

_____
Benjamin R. Merrill