**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| TIFFANI FINCH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*<br><br>vs.<br><br>AARP,<br><br>*Defendant*. | Civil Action No.  4:26-cv-00208-SMR-SBJ |

**DECLARATION OF KELSY BENNETT**
**IN SUPPORT OF DEFENDANT AARP'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Kelsy Bennett, declare as follows:

1.      I am a licensed attorney, currently employed by AARP as Vice President, Associate General Counsel of Litigation and Advocacy.  I have held this position since November 2021. Between September 2017 and November 2021, I was a Director, Senior Corporate Attorney in AARP's Office of General Counsel.  Between November 2013 and August 2017, I was a Corporate Attorney for AARP's Office of General Counsel.

2.      I make this declaration in support of AARP's Motion to Dismiss Plaintiff's Complaint.  The following facts are based upon my own personal knowledge and AARP's publicly available corporate records and tax filings.

3.      Attached as **Exhibit A** is a true and correct copy of the original Certificate of Incorporation of American Association of Retired Persons executed on June 21, 1958 and filed

with District of Columbia Corporations Division on July 1, 1958.  As reflected in the Sixth paragraph of the Certificate of Incorporation, AARP is a non-profit corporation.

4.        Attached as **Exhibit B** is a true and correct copy of AARP's Articles of Amendment to Certificate of Incorporation adopted on June 28, 1999 and filed with the District of Columbia Corporations Division on September 2, 1999.  As reflected in **Exhibit B**, AARP changed its name in 1999 from American Association of Retired Persons to AARP.

5.        Attached as **Exhibit C** is a true and correct copy of the first page of AARP's 2024 Form 990 that was filed with the Internal Revenue Service on or about November 10, 2025.  As reflected in Section I of **Exhibit C**, AARP is a 501(c)(4) tax-exempt organization.  A complete copy of AARP's 2024 Form 990 is publicly available on AARP's website: https://www.aarp.org/about-aarp/annual-reports/.  AARP's Form 990s are also available on the Internal Revenue Service's website, https://apps.irs.gov/app/eos/, and can be found by searching AARP's EIN number.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11 day of June 2026 in Washington, D.C.

By:  _kelsy Bennett_____
Name:  Kelsy Bennett
Title:   Vice President, Associate General Counsel of Litigation and Advocacy

# EXHIBIT A

# Office of Recorder of Deeds

## CORPORATION DIVISION
### WASHINGTON



**This is to certify** *that the pages attached hereto constitute a full, true,* *and complete copy of* CERTIFICATE OF INCORPORATION OF AMERICAN ASSOCIATION OF RETIRED PERSONS, AS RECEIVED AND FILED JULY 1, 1958—AMENDMENT, FILED MARCH 12, 1962.

*as the same appears of record in this office.*

## In Testimony Whereof,

*I have hereunto set my hand and caused the seal of this office to be affixed, this*

the _____ 3rd _____ day of

_____ MARCH _____ A. D. 19__62

MARGURITE C. STOKES
*Recorder of Deeds, D. C.*

By _____
ASSISTANT SUPERINTENDENT CORPORATIONS
Form N-1   81—P8788

Government of the District of Columbia
MARION S. BARRY, JR., *Mayor*
SEPTEMBER 1981



CERTIFICATE OF INCORPORATION
AMERICAN ASSOCIATION OF RETIRED PERSONS

We, the undersigned, all citizens of the United States and a majority citizens and residents of the District of Columbia, of full age, desiring to associate ourselves as a corporation pursuant to the provisions of Title 29 of Chapter 6 of the District of Columbia Code (1951), do hereby certify as follows:

FIRST: The name or title by which this corporation shall be known in law shall be American Association of Retired Persons.

SECOND: The term for which it is organized shall be perpetual.

THIRD: The particular business and objects of said corporation shall be:

To study and to discuss the meaning of a longer life in a society which offers more and more free time, and to present statistical data for gerontological purposes.

To identify through educational procedures experiences which will further growth and development of personality and lead to new, useful and creative roles which in turn will provide a sense of life-fulfillment in our changing society.

To aid the aged in their needs -- social, physical, economic, intellectual.

To devote the energies of the Association to furthering its educational, scientific and philanthropic objectives.

These purposes and objects are parallel to those of the

-1-

National Retired Teachers Association and are intended to extend similar privileges, benefits and opportunities to all retired persons.

The foregoing phrases shall be construed both as objects and purposes and as powers; and it is hereby expressly provided that the foregoing enumeration of specific objects and purposes shall not be held in any manner to limit or restrict the powers of this corporation.

FOURTH: This corporation shall have its principal office for transaction of business in the District of Columbia.

FIFTH: The names and address of the persons who are to act in the capacity of original directors and incorporators until the election of their successors are as follows:

Ethel Percy Andrus, Grey Gables, 701 N. Montgomery, Ojai, California.
Grace B. Hatfield, 1500 Massachusetts Ave., N.W., Washington 6, D. C.
Ernest Giddings, 1201 16th Street, N.W., Washington, D. C.

The number of its trustees, directors or managers for the first year of its existence shall be three. The persons above named shall constitute the officers and directors of this corporation until changed by a duly adopted Amendment to this Certificate of Incorporation, or by a duly adopted By-law of this Corporation for which authority is hereby given.

SIXTH: The corporation shall be a non-profit organization and shall not contemplate the distribution of gains, profits or dividends to its officers or members.

SEVENTH: The authorized number and qualifications of the members of this corporation, the different classes of membership, if any, the property, voting and other rights and privileges of each class of membership, and the liabilities of each or all classes to dues and assessments and the method of collection thereof, shall be set forth in the By-laws of this corporation.

EIGHTH: The property of the corporation is irrevocably

-2-

dedicated to social, educational or charitable purposes, and upon the liquidation, dissolution or abandonment of the owner. will not inure to the benefit of any private person. but shall be distributed to a fund. foundation or corporation organized and operated for social, education or charitable purposes.

IN TESTIMONY WHEREOF we have this _21st_ day of _June_ hereunto set our hands and seals.

Grey Gables, 701 N. Montgomery  
Ojai, California                                                   _____SEAL

1500 Massachusetts Ave., N.W.  
Washington 6, D. C.                                               _____SEAL

1201 16th Street, N.W.  
Washington. D. C.                                                 _____SEAL

-3-

STATE OF CALIFORNIA )
) SS
COUNTY OF VENTURA )

I, Bernard J. Loughman, a notary public in and for said County and State, do hereby certify that Ethel Percy Andrus, party to a certain Certificate in Incorporation bearing date on the 21st day of June, 1958, and hereunto annexed, personally appeared before me in said County, the said Ethel Percy Andrus being personally well known to me as the person who executed the said Certificate of Incorporation, and acknowledged the same to be her act and deed.

GIVEN under my hand and seal this 21st day of June, 1958.

(Notarial Seal)

_____
Notary Public

DISTRICT OF COLUMBIA, SS.

I, Merion Lovitz, a notary public in and for the District of Columbia, do hereby certify that Grace B. Hatfield and Ernest Giddings, parties to a certain Certificate of Incorporation bearing date on the 27 day of June, 1958, and hereunto annexed, personally appeared before me in said District, the said Grace B. Hatfield and Ernest Giddings, being personally well known to me as the persons who executed the said Certificate of Incorporation, and severally acknowledged the same to be their act and deed.

GIVEN under my hand and seal this 27 day of June, 19.

(Notarial Seal)

FILED
7-1-58                    _____
                          Notary Public

BY: EDW
Asst. Superintendent

_____
Superintendent of Corporations

Ing Fee 5.00



CERTIFICATE OF AMENDMENT

OF

CERTIFICATE OF INCORPORATION

OF

AMERICAN ASSOCIATION OF RETIRED PERSONS

\* \* \* \* \*

WE, THE UNDERSIGNED, being respectively the president and the secretary of AMERICAN ASSOCIATION OF RETIRED PERSONS, a corporation formed pursuant to and in conformity with Title 29, Chapter Six of the 1951 Code of the District of Columbia, do hereby certify that, for the purpose of changing the principal office and resident agent of the corporation, at least two-thirds of the directors of said corporation have executed their written consent to an amendment of the certificate of incorporation whereby article "FOURTH" thereof shall be changed to read as follows:

"FOURTH: The principal office of this corporation in the District of Columbia shall be located at 1329-37 E Street, N. W., c/o C T Corporation System, Washington 4, D. C. and the resident agent at said address is C T Corporation System."

IN WITNESS WHEREOF, we have hereunto set our hands and seals this 17 day of January, 1962.

_____
President

_____ (L.S.)
Secretary

FILED
3-12-62

BY: _____
Alfred Goldstein
Superintendent of Corporations

STATE OF    )
COUNTY OF  )  ss:  *District of Columbia*
            )         *City of Washington*

I, *Helen E. Curtis* a Notary Public in and for the State and County aforesaid do hereby certify that *Ethel Percy Andrus* president ~~and secretary respectively~~ of AMERICAN ASSOCIATION OF RETIRED PERSONS, the corporation which executed the foregoing instrument, bearing date on the 17 day of *January*, 1962, and hereto annexed, personally appeared before me, in said state and county, the said *Ethel Percy Andrus* ~~and~~ being personally well known to me as the person who executed the said instrument on behalf of said corporation, and acknowledged the same to be the act and deed of said corporation.

Given under my hand and seal this 17 day of *January*, 1962.

_____
Notary Public

(S E A L)

-2-

STATE OF _District of Columbia_ } ss:
COUNTY OF

I, _E. Eleanor Rascal_ a Notary Public in and for the State and County aforesaid do hereby certify that _Ira C. D Hatfield_ ~~and~~ ~~president and~~ secretary ~~respectively~~ of AMERICAN ASSOCIATION OF RETIRED PERSONS, the corporation which executed the foregoing instrument, bearing date on the _17th_ day of _January_, 1962, and hereto annexed, personally appeared before me, in said state and county, the said _Ira C. D Hatfield_ ~~and~~ being personally well known to me as the person who executed the said instrument on behalf of said corporation, and acknowledged the same to be the act and deed of said corporation.

Given under my hand and seal this _21th_ day of _January_, 1962

_E. Eleanor Rascal_
Notary Public

(S E A L)

Docusign Envelope ID: BB34E525-0A69-8E67-8327-430A6A900361

CONSENT TO AMENDMENT

OF

CERTIFICATE OF INCORPORATION

OF

AMERICAN ASSOCIATION OF RETIRED PERSONS

* * * * *

WE, THE UNDERSIGNED, being at least two-thirds of the directors of AMERICAN ASSOCIATION OF RETIRED PERSONS, a corporation formed pursuant to and in conformity with Title 29, Chapter Six of the 1951 Code of the District of Columbia, do hereby consent to the amendment of the certificate of incorporation of said corporation, in order that the principal office and resident agent may be changed so that article "FOURTH" of said certificate of incorporation shall read as follows:

"FOURTH: The principal office of this corporation in the District of Columbia shall be located at 1329-37 E Street, N. W., c/o C T Corporation System, Washington 4, D. C. and the resident agent at said address is C T Corporation System."

IN WITNESS WHEREOF, we have hereunto set our hands and seals this 17 day of January, 1962.

- 3 -

# EXHIBIT B



## ARTICLES OF AMENDMENT
## TO
## CERTIFICATE OF INCORPORATION
## OF
## AMERICAN ASSOCIATION OF RETIRED PERSONS

To :   Department of Consumer and Regulatory Affairs
Washington, D.C.  20001

Pursuant to the provisions of the District of Columbia Nonprofit Corporation Act, the undersigned adopts the following Articles of Amendment to its Certificate of Incorporation:

First:   The name of the corporation is:   American Association of Retired Persons.

Second: The following amendment of the Certificate of Incorporation was adopted by the Corporation in the manner prescribed by the District of Columbia Nonprofit Corporation Act:

Article FIRST of the Certificate of Incorporation of the Corporation is hereby amended to read in its entirety as follows:

FIRST: The name or title by which this corporation shall be known in law shall be AARP.

Third: The amendment was adopted by the unanimous written consent of the all the members of the corporation's Board of Directors dated _6/28_ , 1999.

Date: __7/19__ , 1999

American Association for Retired Persons

BY: _____
President

(Seal)

Attest:

_____
Secretary

\34247\020\10AMDJEN.001

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# C E R T I F I C A T E

**THIS IS TO CERTIFY** that all applicable provisions of the District of Columbia Nonprofit Corporation Act have been complied with and accordingly, this *CERTIFICATE OF NAME CHANGE* is hereby issued to:

## AMERICAN ASSOCIATION OF RETIRED PERSONS

### Name Changed To

## AARP

**IN WITNESS WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed as of the **2nd** day of **September ,1999** .

Lloyd J. Jordan
Director

Harold F. Nelson
Acting Administrator
Business Regulation Administration

Robert D. Henry
Act. Assistant Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor

Docusign Envelope ID: BB34E52E-0A69-8FC7-8327-430A6A990361

# EXHIBIT C

Extended to November 17, 2025

# Return of Organization Exempt From Income Tax

**Form 990**

Department of the Treasury
Internal Revenue Service

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)
Do not enter social security numbers on this form as it may be made public.
Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**2024**

Open to Public
Inspection

**A** For the 2024 calendar year, or tax year beginning _____ and ending _____

| | |
|---|---|
| **B** Check if applicable: | **C** Name of organization **AARP** |
| ☐ Address change | Doing business as |
| ☐ Name change | Number and street (or P.O. box if mail is not delivered to street address)  Room/suite **601 E Street, NW, c/o Tax Dept.** |
| ☐ Initial return | City or town, state or province, country, and ZIP or foreign postal code **Washington, DC  20049** |
| ☐ Final return/ terminated | |
| ☐ Amended return | |
| ☐ Application pending | **F** Name and address of principal officer: **Scott M. Frisch** **601 E Street, NW, Washington, DC  20049** |

**D** Employer identification number **95-1985500**

**E** Telephone number **202-434-7578**

**G** Gross receipts $ **95392338026.**

**H(a)** Is this a group return for subordinates? ...... Yes ☒ No

**H(b)** Are all subordinates included? Yes  No
If "No," attach a list. See instructions

**H(c)** Group exemption number _____

**I** Tax-exempt status: ☐ 501(c)(3) ☒ 501(c)( 4 ) (insert no.) ☐ 4947(a)(1) or ☐ 527

**J** Website: **www.aarp.org**

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other _____   **L** Year of formation: **1958**  **M** State of legal domicile: **DC**

## Part I | Summary

**Activities & Governance**

1 Briefly describe the organization's mission or most significant activities: **AARP is a nonprofit, nonpartisan organization empowering people to choose how they live as they age.**

2 Check this box ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | |
|---|---|---:|
| 3 | Number of voting members of the governing body (Part VI, line 1a) | 12 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 11 |
| 5 | Total number of individuals employed in calendar year 2024 (Part V, line 2a) | 2187 |
| 6 | Total number of volunteers (estimate if necessary) | 20977 |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 | 181,423,425. |
| b | Net unrelated business taxable income from Form 990-T, Part I, line 11 | 0. |

**Revenue**

| | | Prior Year | Current Year |
|---|---|---:|---:|
| 8 | Contributions and grants (Part VIII, line 1h) | 312,540,344. | 394,574,011. |
| 9 | Program service revenue (Part VIII, line 2g) | 175,157,161. | 188,508,543. |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 112,978,378. | 448,326,777. |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 1141212438. | 9937751589. |
| 12 | Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 1741888321. | 10969160920. |

**Expenses**

| | | Prior Year | Current Year |
|---|---|---:|---:|
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 37,965,092. | 39,872,182. |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) | 0. | 0. |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 397,270,234. | 424,518,765. |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) | 593,336. | 538,732. |
| b | Total fundraising expenses (Part IX, column (D), line 25) **11,648,590.** | | |
| 17 | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 1290342117. | 1308559363. |
| 18 | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 1726170779. | 1773489042. |
| 19 | Revenue less expenses. Subtract line 18 from line 12 | 15,717,542. | 9195671878. |

**Net Assets or Fund Balances**

| | | Beginning of Current Year | End of Year |
|---|---|---:|---:|
| 20 | Total assets (Part X, line 16) | 3677175849. | 13056882027. |
| 21 | Total liabilities (Part X, line 26) | 973,088,565. | 917,768,412. |
| 22 | Net assets or fund balances. Subtract line 21 from line 20 | 2704087284. | 12139113615. |

## Part II | Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | Signature of officer _(signed)_ | Date **11/10/25** |
|---|---|---|
| | **Scott M. Frisch, EVP & COO** | |
| | Type or print name and title | |

| Paid Preparer Use Only | Preparer's name **PARVIN VAN ENGER** | Preparer's signature _Parvin Van Enger_ | Date **11/7/2025** | Check ☐ if self-employed | PTIN **P00955143** |
|---|---|---|---|---|---|
| | Firm's name **Andersen Tax LLC** | | | Firm's EIN **33-1197384** | |
| | Firm's address **350 SOUTH GRAND AVENUE, STE 2000 Los Angeles, CA 90071** | | | Phone no. **213-593-2300** | |

May the IRS discuss this return with the preparer shown above? See instructions .......... ☒ Yes ☐ No

LHA  For Paperwork Reduction Act Notice, see the separate instructions.    432001 12-10-24    Form **990** (2024)