**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| TIFFANI FINCH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*<br><br>vs.<br><br>AARP,<br><br>*Defendant*. | Civil Action No.  4:26-cv-00208-SMR-SBJ |

**DECLARATION OF LAWRENCE MONTOYA**
**IN SUPPORT OF DEFENDANT AARP'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Lawrence Montoya, declare as follows:

1.      I am currently employed by AARP as Senior Director Digital Experience & Operations, Email and SMS Channels.  I have held this position since June 6, 2011.  My job responsibilities include managing the daily operations of the email and text messaging channels at AARP and ensuring that internal departments are able to send compliant promotional and transactional messages to our member base, prospective members, and other individuals who interact with AARP.

2.      The following facts are based upon my own personal knowledge, my familiarity with AARP's Short Message Service ("SMS") platform and practices, and my review of records kept in the ordinary course of AARP's business.

3.      AARP maintains an SMS platform in Salesforce Marketing Cloud, known as Mobile Connect, that contains a record of AARP SMS communications (text messages) sent to and from phone numbers that opt in to receive such communications.

4. Individuals have the option to subscribe to AARP SMS messages when purchasing an AARP membership on AARP's website, AARP.org. Once a phone number opts in on the website, a confirmation SMS message is sent to the phone number and the recipient must respond "yes" to confirm the opt in before the phone number is set to active (opted-in) status and eligible to receive messages.

5. AARP's SMS platform reflects that, on or about June 28, 2024, the phone number ending in 0962 (the "Phone Number") was opted in to receive SMS messages from all three AARP short codes via the account registration process on AARP's website. On the same day, the Phone Number confirmed that it opted in to receive text messages from each of the AARP short codes: 50757, 22777, and 73478. **Exhibit A** contains screen shots from AARP's SMS platform reflecting the text messages sent to and from the Phone Number confirming the opt in to each AARP short code on June 28, 2024.

6. AARP's records in our membership database separately reflect that an individual named Tiffani Finch purchased a one-year AARP membership on June 28, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___15th___ day of June 2026 in Washington, District of Columbia.

By: _Lawrence Montoya_____

Name: Lawrence Montoya

# EXHIBIT A

Docusign Envelope ID: D0559CE9-AA7B-8C77-8127-B5FA031AD44C



```
SELECT top 10000
    t.ShortCode,
    t.SharedKeyword as Keyword,
    t.MessageText,
    t.CreateDateTime,
    t.MessageID,
    t.CampaignID,
    t.Sent,
    t.Delivered,
    t.Undelivered,
    t.Outbound,
    t.Inbound
FROM [_SMSMessageTracking] t
WHERE t.Mobile = '      10962'
```

Export in Contact Builder

| SHORTCODE | KEYWORD | MESSAGETEXT | CREATEDATETIME |
|---|---|---|---|
| 50757 | WSO_MEM_PHONEVERIF | WSO_MEM_PHONEVERIF | Jun 28 2024 9:06PM |
| 50757 | WSO_MEM_PHONEVERIF | AARP: You're in! We'll keep you updated on how to get the most out of membership. Start w/ the AARPNOW app to get your card & explore benefits: aarp.info/now. | Jun 28 2024 9:07PM |
| 50757 | WSO_MEM_PHONEVERIF | Yes | Jun 28 2024 9:07PM |
| 50757 | WSO_MEM_PHONEVERIF | AARP: Reply YES to confirm opt-in. Text STOP to end messages, HELP for help. Msg&data rates may apply. Recurring msgs. T&Cs: https://aarp.info/tcofr | Jun 28 2024 9:07PM |



```
SELECT top 10000
    t.ShortCode,
    t.SharedKeyword as Keyword,
    t.MessageText,
    t.CreateDateTime
FROM [_SMSMessageTracking] t
WHERE t.Mobile = '      0962'
order by convert(datetime, createdatetime)
```

Export in Contact Builder

| SHORTCODE | KEYWORD | MESSAGETEXT | CREATEDATETIME |
|---|---|---|---|
| 73478 | WSO_ALERTS_JOIN | WSO_ALERTS_JOIN | Jun 28 2024 4:12PM |
| 73478 | WSO_ALERTS_JOIN | AARP Alerts: Reply YES to confirm opt in. Reply HELP for Help, STOP to end msgs. Msg&data rates may apply. Recurring msgs. T&Cs: https://aarp.info/tcofr | Jun 28 2024 4:12PM |
| 73478 | WSO_ALERTS_JOIN | Yes | Jun 28 2024 4:44PM |
| 73478 | WSO_ALERTS_JOIN | AARP Alerts: Thank you. You're now subscribed to recurring AARP alerts. For help, reply HELP. Reply STOP to cancel at any time. Msg&data rates may apply. | Jun 28 2024 4:44PM |
| 73478 | WSO_ALERTS_PHONEVERIF | WSO_ALERTS_PHONEVERIF | Jun 28 2024 9:06PM |
| 73478 | WSO_ALERTS_PHONEVERIF | Yes | Jun 28 2024 9:07PM |
| 73478 | WSO_ALERTS_PHONEVERIF | AARP Alerts: Reply YES to confirm opt in. Text STOP to end messages, HELP for help. Msg&data rates may apply. Recurring msgs. T&Cs: https://aarp.info/tcofr | Jun 28 2024 9:07PM |
| 73478 | WSO_ALERTS_PHONEVERIF | AARP Alerts: Thank you. You're now subscribed to recurring AARP alerts. For help, reply HELP. Reply STOP to cancel at any time. Msg&data rates may apply. | Jun 28 2024 9:07PM |



| SHORTCODE | KEYWORD | MESSAGETEXT | CREATEDATETIME |
|---|---|---|---|
| 22777 | WSO_ADV_JOIN | WSO_ADV_JOIN | Jun 28 2024 4:12PM |
| 22777 | WSO_ADV_JOIN | AARP Advocacy: Reply YES to consent to AARP Msgs, not required to purchase goods/services. Msg&Data rates may apply. Freq varies. T&C: https://aarp.info/tcadv | Jun 28 2024 4:12PM |
| 22777 | WSO_ADV_JOIN | AARP Advocacy: Thank you! Message frequency varies by account. Msg&Data rates may apply. Call 888-687-2277. Reply STOP to Cancel. | Jun 28 2024 4:44PM |
| 22777 | WSO_ADV_JOIN | Yes | Jun 28 2024 4:44PM |
| 22777 | WSO_ADV_PHONEVERIF | WSO_ADV_PHONEVERIF | Jun 28 2024 9:06PM |
| 22777 | WSO_ADV_PHONEVERIF | AARP Advocacy: Reply YES to consent to AARP Msgs, not required to purchase goods/services. Msg&Data rates may apply. Freq varies. T&C: https://aarp.info/tcadv | Jun 28 2024 9:07PM |
| 22777 | WSO_ADV_PHONEVERIF | Yes | Jun 28 2024 9:07PM |
| 22777 | WSO_ADV_PHONEVERIF | AARP Advocacy: Thank you! Message frequency varies by account. Msg&Data rates may apply. Call 888-687-2277. Reply STOP to Cancel. | Jun 28 2024 9:08PM |