UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

TIFFANI FINCH, individually and on behalf
of all others similarly situated,

               *Plaintiff,*

vs.

AARP,

               *Defendant.*

Civil Action No.  4:26-cv-00208-SMR-SBJ

**MOTION FOR ADMISSION**
***PRO HAC VICE***

### A.  Applicant's Information and Certification

Adam L. Littman of the law firm ArentFox Schiff LLP, located at 800 Boylston Street, 32nd Floor, Boston, MA 02119, a lawyer who is not a member of the bar of this District, hereby moves the Court to appear *pro hac vice* as counsel for the Defendant, AARP. In support of this Motion, Mr. Littman states as follows:

1.      My full name is Adam L. Littman. I am a partner at the firm ArentFox Schiff LLP and I am a member in good standing of the Bar of Massachusetts, Bar Id: 673407.

2.      To my knowledge, no disciplinary proceedings have ever been filed or are pending against me and I am currently not suspended or disbarred in any state or federal court.

3.      I agree to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice law in the state courts of Iowa and comply with the Local Rules.

4.      I agree to comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Benjamin R. Merrill, an attorney admitted to practice law in this district and who has entered an appearance in this case.

5.      I agree to pay the applicable required fee electronically.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for appearing in this case.


Dated: June 25, 2026                              Respectfully submitted,

                                                  */s/ Adam L. Littman*
                                                  Adam L. Littman, Bar Id 673407
                                                  ArentFox Schiff LLP
                                                  800 Boylston Street, 32nd Floor
                                                  Boston, MA 02199
                                                  Phone: (617) 973.6100
                                                  Fax: (617) 367.2315
                                                  adam.littman@afslaw.com

                                                  ATTORNEY FOR DEFENDANT,
                                                  AARP

**B. Local Counsel Information and Certification**

I, Benjmain R. Merrill, an active member in good standing of the bar of the United States District Court for the Southern District of Iowa, request that this court admit Adam L. Littman *pro hac vice*, an attorney admitted to practice and currently in good standing in Massachusetts, but not admitted to the bar of this court, who will be counsel for the Defendant, in the case listed above. I am aware of my obligations under the Local Rules of this court including requiring that I accept service of all documents.

Dated: June 25, 2026

Respectfully submitted,

/s/ *Benjamin R. Merrill*
Benjamin R. Merrill, AT0009789
BROWN, WINICK, GRAVES, GROSS AND
BASKERVILLE, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309
Telephone: 515-242-2487
Facsimile: 515-323-0231
Email: ben.merrill@brownwinick.com

ATTORNEY FOR DEFENDANT