**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| TIFFANI FINCH, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>vs.<br><br>AARP,<br><br>    *Defendant.* | Civil Action No.  4:26-cv-00208-SMR-SBJ<br><br>**APPEARANCE** |

Attorney Adam L. Littman of the law firm ArentFox Schiff LLP, hereby enters his appearance on behalf the Defendant, AARP, in the above captioned matter.

Dated: June 25, 2026        Respectfully submitted,


         */s/ Adam L. Littman*
         Adam L. Littman, Bar Id 673407
         ArentFox Schiff LLP
         800 Boylston Street, 32nd Floor
         Boston, MA 02199
         Phone: (617) 973.6100
         Fax: (617) 367.2315
         adam.littman@afslaw.com


         ATTORNEY FOR DEFENDANT,
         AARP