**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

TIFFANI FINCH, individually and on behalf
of all others similarly situated,

          *Plaintiff,*

vs.

AARP,

          *Defendant*.

Civil Action No.  4:26-cv-00208-SMR-SBJ

**APPEARANCE**

Attorney John M. Hindley of the law firm ArentFox Schiff LLP, hereby enters his appearance on behalf the Defendant, AARP in the above captioned matter.

Dated: June 25, 2026

Respectfully submitted,

*/s/ John M. Hindley*

John M. Hindley, 1720648
ArentFox Schiff LLP
1717 K Street, N.W.
Washington, D.C. 20006-5344
Ph: (202) 350.3621
Fax: (202) 857.6395
john.hindley@afslaw.com

ATTORNEY FOR DEFENDANT,
AARP